07-285-M-01

# UNITED STATES DISTRICT COURT
FOR THE
## DISTRICT OF MARYLAND

03-1251-JKB   2006 JUN 15 P 1:38

RECEIVED
U.S. MARSHAL
BALTIMORE, MD

UNITED STATES OF AMERICA
vs.

MCDOWELL, RICARDO

| Violation Notice Number(s) | Violation Date(s) |
|---|---|
| A992615 | 02/11/2003 |
| MD81 | |

DRIVE W/SUSPENDED LIC

*Defendant.*

**FILED**

JUN 1 2 2007

FAILURE TO APPEAR FOR INITIAL APPEARANCE ON 6/10/05.

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER:

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# WARRANT OF ARREST

You are hereby commanded to arrest and bring the above named defendant forthwith before the nearest available United States Magistrate Judge to answer to the above stated charge(s).

- Collateral in the Amount of $ _____ may be Forfeited in Lieu of Appearance.

Date  6-14-05

_Betty P. Glover (for JKB)_
United States Magistrate Judge
**JAMES K. BREDAR**

## RETURN

| RECEIVED | DATE 6/12/07 | LOCATION US COURTHOUSE / WASH, DC |
|---|---|---|

*EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT.*

| | DATE 6/12/07 | LOCATION |
|---|---|---|

Name D.L. BALDWIN   Title SDUSM   District D/DC

Date 06/12/07   Signature

07 - 285 - M - 01

## United States District Court
### Violation Notice

| Loc. Code | Violation No. | Officer Name | Officer No. |
|---|---|---|---|
| MDB1 | A992615 | KOUSE | 1LB683 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: 11 FEB 2003 / 2:35 PM    Offense Charged: 18 USC 13    MD - 10 303 (c)

Place of Offense: VCP #2 @ CONNELORA RD

Offense Description: Driving on Suspended License and Privileges

Defendant's Last Name: MCDOWELL    First Name: RICARDO    MI: NMI

### VEHICLE DESCRIPTION

| VIN: | Vehicle Tag State: MD | Year: 94 | Vehicle Make: MERC | Vehicle Color: SILVER |
|---|---|---|---|---|

**A** [X] YOU MUST APPEAR IN COURT SEE INSTRUCTIONS

**B** [ ] YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS SEE INSTRUCTIONS

[ ] I wish to terminate this matter by paying the collateral shown below, enclosed

[ ] I plead not guilty and promise to appear as required

Collateral Amount $ _____

For payment by credit card, SEE INSTRUCTIONS

Court Address: MBA

**YOUR COURT DATE**

| Date | Time: MBA |
|---|---|

Collateral (total): MA

DD FORM 1805, SEP 1994

(Amounts due upon reaction to the offense) and until posted to the Appropriate Court) Violations Bureau (Magistrate Court)

Original - CVB Copy    Previous editions are obsolete

A992615

---

# FILED

## JUN 1 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 11 FEB, 2003 while exercising my duties as a law enforcement officer in the MILIDARY District of WASH, WANSS

I WAS ADVISED BY USA MARTIN, OF A VEHICLE WHICH ENTERED THE VCP B2 AND THE DRIVER D.D NOT HAVE A LICENSE, FURTHER INVESTIGATION REVEALED THAT THE DRIVER, MCDOWELL'S LICENSE WAS SUSPENDED SINCE AUGUST OF 1997, HE WAS APPREHENDED, PROCESSED AND CITED.

The foregoing statement is based upon

[X] my personal observation    [ ] my personal investigation

[X] information supplied to me from my fellow officer's observation

[ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 11 FEB 03    Officer's Signature

Date

Probable cause has been stated for the issuance of a warrant

Executed on: _____    _____
Date    U.S. Magistrate Judge

DD FORM 1805 (BACK), SEP 1994