**United States District Court
For the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001
Date: 6/21/07**

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

JUN 2 2 2007

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

Nancy Mayer-Whittington
Clerk of the Court
Address of Other Court: United States District Court
4415 Edward A. Garmatz Fed Bldg and U.S.
Courthouse
101 West Lombard Street
Baltimore, Md. 21201-2605

FILED
JUN 2 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RE: 07-285M Ricardo McDowell

Dear Clerk of the Court:

   Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| X | Docket Sheet | | Warrant of Removal |
| X | Warrant/Violation Notice | | Order of Removal |
|   | Minute Order Appointing Counsel | | Detention Order |
|   | Corporate Surety Bond | X | Waiver of Removal |
|   | Personal Surety Bond | | |
| X | Other- Blotter dated 6/19/07, 6/12/07 | | |

   Please acknowledge receipt of the above documents on the enclosed copy of this letter.

                              Sincerely yours,

                              Nancy Mayer-Whittington,
                              Clerk of the Court

                              By: _____
                                   Deputy Clerk